IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-644-D

CRYSTAL REIMANN, )
)
              Plaintiff, )
)
v. ) **ORDER**
)
TRAVIS ABBOTT, and )
THE TOWN OF SELMA, )
)
             Defendants. )

On January 15, 2016, defendants moved to dismiss plaintiff's complaint. See [D.E. 11]; Fed. R. Civ. P. 12(b)(6). On March 17, 2016, plaintiff responded in opposition. See [D.E. 17]. On March 31, 2016, defendants replied. See [D.E. 18].

The court DENIES defendant's motion to dismiss [D.E. 11]. The parties shall participate in a court-hosted settlement conference with Magistrate Judge Numbers.

SO ORDERED. This 4 day of April 2016.

                                   JAMES C. DEVER III
                                   Chief United States District Judge