IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00644-D

| Crystal Reimann, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Travis Abbott and Town of Selma, | |
| Defendants. | |

This cause comes before the court upon the Defendants' consent motion to excuse Travis Abbott from the settlement conference scheduled for May 26, 2016. D.E. 24. The motion avers that Defendant Abbott has filed for bankruptcy and the parties agree that his presence is not required nor necessary to address the issue of settlement of the case.

For good cause shown, the motion is GRANTED. Defendant Abbott is excused from attending the court-ordered settlement conference on May 26, 2016.

Dated: May 19, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge