UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:15-cv-644-D

| | |
|---|---|
| CRYSTAL REIMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER STAYING FURTHER** |
| ) | **PROCEEDINGS AGAINST DEFENDANT** |
| TRAVIS ABBOTT, in his individual and ) | **TOWN OF SELMA** |
| official capacity; THE TOWN OF ) | |
| SELMA, ) | |
| ) | |
| Defendants. ) | |

UPON CONSIDERATION of Defendant Town of Selma's Motion to Stay and the entire record on this 18 day of October, 2016,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant Town of Selma's Motion is GRANTED and all further proceedings in this matter are STAYED until such time as Defendant Travis Abbott's voluntary petition for bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code is dismissed or the automatic stay is otherwise lifted by the United States Bankruptcy Court.

This the 18 day of October, 2016.

_____
THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE