UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:15-cv-644-D

| | |
|---|---|
| CRYSTAL REIMANN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRAVIS ABBOTT, in his individual and official capacity; THE TOWN OF SELMA, | ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

In the above-captioned action, Defendant Town of Selma, with the consent of all parties, has notified the Court of a tentative settlement and requested that the Court allow the parties period of sixty (60) days to finalize any potential lien interests in Plaintiff's recovery. To allow finalization of the settlement, Defendant Town of Selma moved for a stay of pending deadlines, including the deadline to file potentially dispositive motions, currently governed by this Court's Scheduling Order of May 15, 2017 [DE 46]. All parties consent to the requested stay.

IT IS NOW ORDERED, for good cause shown, that this Court allows the Defendant's request for a sixty (60) day period to finalize the parties' tentative settlement and hereby STAYS all pending deadlines, including the deadline to file dispositive motions and motions governed by the Scheduling Order. The Parties are ORDERED to notify the Court no later than sixty (60) days from the date of this Order of the status of the settlement, and if parties are unable to finalize the settlement, to include with the notice a proposed schedule for dispositive motions for the Court's approval.

SO ORDERED, this the 12 day of September, 2017.

                                              _____
                                              DISTRICT COURT JUDGE PRESIDING